IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Criminal No. **95-30009-WLB** |
| ) | |
| **DEVEON M. MATLOCK**, , ) | |
| ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| **AMERICAN STEEL,** ) | |
| ) | |
| Garnishee. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, the United States' Motion to Dismiss Garnishment **(Doc. 215)** is **GRANTED**.

The garnishment directed to American Steel **(Doc. 212)** is dismissed as defendant is no longer employed by American Steel.

**IT IS SO ORDERED.**

DATE:  October 13, 2005.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**